# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **PRESERVE PARTNERS, INC.,** | Case No.: 3:23-cv-00809-SB |
| Plaintiff/Petitioner, vs. | |
| **HEIRLOOM INC.; RYAN DONATO; AND JEREMY KILLIAN,** | DECLARATION OF SERVICE OF **Summons in a Civil Action, Complaint for Racketeering, Fraud, and Breach of Contract, and Plaintiff Preserve Partners, Inc.'s Corporate Disclosure Statement** |
| Defendant/Respondent | |

I hereby declare that I made service of the above described documents upon the individuals and other legal entities to be served, names below, by delivering or leaving true copies of said Document(s) mentioned therein, certified to be such by the attorney for the Plaintiff, as follows:

## Personal Service Upon Individual

Upon **Ryan Donato**, by delivering such true copy to him/her, personally and in person, at **9109 SE 64th Ave., Portland, OR**, on **Tuesday, June 06, 2023**, at **2:27 PM.**

I further declare that the above statement is true to the best of my knowledge and belief, and I understand that it is made for use as evidence in court and is subject to penalty for perjury. I declare that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and that the person, firm or corporation served by me is the identical person, firm or Corporation named in the action.

Dated **June 7, 2023**

Signed

Christy Kropf
for MercuryPDX
PO Box 2274
Portland, OR 97208
503-247-8484

Page 1 of 1 – DECLARATION OF SERVICE